# UNITED STATES DISTRICT COURT
**Middle District of Florida**
Office of the Clerk
United States Courthouse
Tampa, Florida 33602

Richard D. Sletten, Clerk
Lisa Rosenthal, Chief Deputy Clerk
(813) 301-5472

Cindy Rauback
Tampa Division Manager
(813) 301-5460

**CLERK, U.S. DISTRICT COURT**
**Southern District of Florida**
**423 Federal Building**
**701 Clematis Street**
**West Palm Beach, FL 33401**

      **RE:**    **United States of America v. Ahmad Almasri, Nadia Almasri**
              **Our Case No. 00-320-MJ**
              **Your Case No. 00-6211 CR HURLEY**

Dear Sir:

      Enclosed herewith are the following documents in the above styled cause which has been transferred to your jurisdiction pursuant to Rule 40:

(X)             Original Magistrate Judge case documents

( )             Certified file (pertinent papers only)

(X)             Bond paperwork consisting of appearance bonds for both defendants.

      Kindly acknowledge receipt of this letter on the copy provided, indicating the case number assigned by your transferee district.

                    Very truly yours,

                    SHERYL L. LOESCH, CLERK

                    BY: _____

**Enclosures.**
                    Trisha M. Waller, Deputy Clerk

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### THE ABOVE FILE HAS BEEN RECEIVED

_____            _____

*(Date)*                               *(Signature)*

```
                                                    CLOSED

                    U.S. District Court
              Middle District of Florida (Tampa)

        CRIMINAL DOCKET FOR CASE #: 00-M -320-ALL

USA v. Almasri, et al                          Filed: 07/31/00
Dkt# in other court: None

Case Assigned to:  Magistrate Judge Elizabeth A. Jenkins

AHMAD ALMASRI (1)
      defendant
  [term  08/08/00]


Pending Counts:

    NONE


Terminated Counts:

    NONE



Complaints:

    NONE


========================
```

Proceedings include all events.
8:00m 320-ALL USA v. Almasri, et al
                                                                    CLOSED
Case Assigned to:  Magistrate Judge Elizabeth A. Jenkins

NADIA ALMASRI (2)
       defendant
  [term  08/08/00]


Pending Counts:

    NONE


Terminated Counts:

    NONE


Complaints:

    NONE


U. S. Attorneys:

    NONE

Proceedings include all events.
8:00m 320-ALL USA v. Almasri, et al

```
                                                              CLOSED
7/31/00   --      ARREST (RULE 40) of Ahmad Almasri, Nadia Almasri on
                  Southern District of Florida charge(s) of 21:802 Conspiracy
                  to possess and distribute pseudoephedrine having reasonable
                  cause to believe that the chemical would be used to
                  manufacture methamphetamine; 21:802 Possess and distribute
                  pseudoephedrine having reasonable cause to believe that the
                  chemical would be used to manufacture methamphetamine (tmw)
                  [Entry date 08/08/00]

7/31/00   1       INITIAL APPEARANCE held on 7/31/00 before Magistrate Judge
                  Elizabeth A. Jenkins as to Ahmad Almasri.  Tape: 81/94-707
                  Defendant(s) informed of rights.  Defendant requests
                  detention hearing/removal hearing be continued.  Court sets
                  detention hearing/removal hearing for 8/2/00 at 3:00p. (tmw)
                  [Entry date 08/08/00]

7/31/00   --      ORAL MOTION in open court by Ahmad Almasri to continue
                  detention/removal hearingreferred to Magistrate Judge
                  Elizabeth A. Jenkins (tmw) [Entry date 08/08/00]

7/31/00   --      ORAL ORDER  as to Ahmad Almasri granting [0-0] oral motion
                  to continue detention/removal hearing as to Ahmad Almasri
                  (1) ( Entered by Magistrate Judge Elizabeth A. Jenkins )
                  (tmw) [Entry date 08/08/00]

7/31/00   2       INITIAL APPEARANCE held on 7/31/00 before Magistrate Judge
                  Elizabeth A. Jenkins as to Nadia Almasri.  Tape: 81/94-707
                  Defendant(s) informed of rights.  Defendant waives
                  preliminary examination and identity hearing. Court sets
                  bond at $50,000 Signature. (tmw) [Entry date 08/08/00]

7/31/00   3       CJA 23 FINANCIAL AFFIDAVIT by Ahmad Almasri (tmw)
                  [Entry date 08/08/00]

7/31/00   4       CJA 23 FINANCIAL AFFIDAVIT by Nadia Almasri (tmw)
                  [Entry date 08/08/00]

8/1/00    5       APPEARANCE BOND (Signature) for Nadia Almasri in the amount
                  of $50,000 (Signed by Magistrate Judge Elizabeth A.
                  Jenkins) (tmw) [Entry date 08/08/00]

8/1/00    6       ORDER setting conditions of release as to Nadia Almasri
                  Bond set to $50,000 Signature for Nadia Almasri.  (Signed
                  by Magistrate Judge Elizabeth A. Jenkins) (tmw)
                  [Entry date 08/08/00]

8/2/00    7       IDENTITY/DETENTION HEARING held on 8/02/00 before
                  Magistrate Judge Elizabeth A. Jenkins as to Ahmad Almasri.
                  Court finds that the defendant present in the courtroom is
                  the same person as named in the Indictment. Court DENIES
                  the Government's request for detention and sets bond at
                  $50,000 (10% cash).  Defendant Tape: 82/2116-83/300 (tmw)
                  [Entry date 08/08/00]
```

```
Proceedings include all events.
8:00m 320-ALL USA v. Almasri, et al
                                                                CLOSED
8/3/00   8     AFFIDAVIT of Ownership of Cash Bail as to Ahmad Almasri by
               Ibrahim S. Mohammad in amount of $5,000 (tmw)
               [Entry date 08/08/00]

8/3/00   9     RECEIPT (#T005611) for $5,000 cash bail as to Ahmad Almasri
               (tmw) [Entry date 08/08/00]

8/7/00   10    APPEARANCE BOND ($50,000 (10% cash) for Ahmad Almasri in
               the amount of $50,000 (10% cash) (Signed by Magistrate
               Judge Elizabeth A. Jenkins ) (tmw) [Entry date 08/08/00]

8/7/00   11    ORDER setting conditions of release as to Ahmad Almasri
               Bond set to $50,000 (10% cash) for Ahmad Almasri.  (
               Signed by Magistrate Judge Elizabeth A. Jenkins  ) (tmw)
               [Entry date 08/08/00]

8/7/00   12    ORDER of removal pursuant to Rule 40 as to Ahmad Almasri,
               Nadia Almasri  ( Signed by Magistrate Judge Elizabeth A.
               Jenkins ) ctc (tmw) [Entry date 08/08/00]

8/7/00   13    ORDER directing transfer of cash bail to Southern District
               of Florida as to Ahmad Almasri ( Signed by Magistrate Judge
               Elizabeth A. Jenkins ) ctc (tmw) [Entry date 08/08/00]

8/8/00   14    TRANSFER (RULE 40) to Southern District of Florida as to
               Ahmad Almasri, Nadia Almasri.  Terminated defendant Nadia
               Almasri, defendant Ahmad Almasri. (tmw)
               [Entry date 08/08/00]
```

FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

00 AUG -7 PM 5: 42

...CT COURT
... OF FLORIDA
... ORIDA

UNITED STATES OF AMERICA

vs.                                    Case No. 00-320-MJ

NADIA ALMASRI,
AHMAD ALMASRI

## ORDER OF REMOVAL

The defendants, Nadia Almasri and Ahmad Almasri, having been apprehended in the Middle

District of Florida, Tampa Division, on a warrant issued in the Southern District of Florida,

subsequently having been released on bond, the Defendants are hereby,

ORDERED to personally appear before the Hon. Ann E. Vitunac for arraignment on

**Wednesday, August 16, 2000 at 9:30 a.m.** in the United States District Court for the Southern

District of Florida, Federal Building, 701 Clematis Street, West Palm Beach, Florida.

DONE and ORDERED at Tampa, Florida this ___7 th___ day of August, 2000.


ELIZABETH A. JENKINS
United States Magistrate Judge

Copies to:
    Counsel of Record
    Ahmad Almasri
    Nadia Almasri
    U.S. Pretrial Services
    U.S. Marshal

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA    00 AUG -7 PM 5: 42
TAMPA DIVISION

UNITED STATES OF AMERICA

Southern District of Florida
Case No. CR 00-6211 CR HURLEY

v.

Middle District of Florida
Case No. 00-320-MJ

AHMAD ALMASRI,
NADIA ALMASRI

_____/

## ORDER DIRECTING TRANSFER OF CASH BAIL

The Court finds that on August 3, 2000, defendant deposited $5,000.00 cash bail into the

registry of this Court and that the monies on deposit with the Court should properly be transferred

to the United States District Court for the Southern District of Florida.  It is therefore,

ORDERED that the Clerk shall close the existing registry account and transfer the monies,

plus any accrued interest, to the Clerk of the United States District Court for the Southern

District of Florida.

DONE AND ORDERED this ___7TH___ day of August, 2000, at Tampa, Florida.

ELIZABETH A. JENKINS
United States Magistrate Judge

cc:    Counsel of record
       Tampa Finance Clerk
       District Finance Clerk

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                                    CASE NO. **00-320-MJ**

**AHMAD ALMASRI**

## ORDER OF RELEASE

It is hereby ORDERED:

1.    That the conditions of release are hereby established as set forth below.

2.    That the United States Marshal is hereby directed to release the above named defendant upon his/her agreement, in writing, to comply with the following conditions of release.

DONE and ORDERED at Tampa, Florida this ___3rd___ day of August, 2000.

_____
ELIZABETH A. JENKINS
UNITED STATES MAGISTRATE JUDGE

## CONDITIONS OF RELEASE

1.    The defendant must appear before the Court in accordance with all notices.

2.    The defendant must not at any time, for any reason whatsoever, leave the Middle District of Florida without first obtaining written permission of the United States District Court for the Middle District of Florida or the district court where criminal charges are pending. Enlarged to the Southern District of Florida for court purposes.

_____

3.    The defendant must not change his/her present address without:  ( X ) prior court approval;  ( ) first advising in writing the Clerk of the Court for the Middle District of Florida.

4.    The defendant shall not commit a federal, state or local crime during the period of his/her release.  The defendant is specifically advised that federal law prohibits conduct relating



to intimidation of witnesses, jurors and officers of the Court (18 U.S.C. § 1503); conduct relating to obstruction of criminal investigations (18 U.S.C. § 1510); conduct involving tampering with witnesses, victims or informants (18 U.S.C. § 1512); and conduct involving retaliation against a witness, victim or informant (18 U.S.C. § 1513), as well as attempts to commit any of the foregoing acts.

5.     SPECIAL CONDITIONS OF DEFENDANT'S RELEASE.    (Check only those applicable.)

   __X__     Report to Pretrial Services as directed.

   _____     Submit to any method of testing required by the Pretrial Services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

   _____     To remain in the Third Party Custody of _____.

   _____     To surrender passport to Pretrial Services/Clerk of Court.

   __X__     Shall maintain suitable, lawful employment as approved by Pretrial Services.

   _____     Shall not operate a motor vehicle after consumption of any alcoholic beverages.

   _____     Shall not ride in any private aircraft or ocean going vessel.

   __X__     Shall not obtain a passport.

   __X__     Shall participate in one of the following home confinement program components and abide by all the requirements of the program which ( X ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.

       ( ) **Curfew**. You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
       ( X ) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or
       ( ) **Home Incarceration.** You are restricted to your residence at all times

except for medical needs or treatment; religious services, and court appearances pre-approved by the pretrial services office or supervising officer.

6.    A violation of any of the above conditions may result in the immediate issuance of a warrant for the defendant's arrest and may result in a forfeiture of the bond previously given.

Further, upon re-arrest, the defendant may be detained in jail without the setting of new conditions of release or, if new conditions of release are established, those conditions will, in all likelihood, be significantly greater than the conditions previously established.

Moreover, a person who violates his/her conditions of release may be prosecuted for contempt of Court.

7.    A defendant commits a separate offense against the laws of the United States if, after having been released under these conditions of release, he/she knowingly fails to appear before a Court as required by the conditions of release, or knowingly fails to surrender for service of a sentence pursuant to a court order. If a person fails to appear in connection with --

(a)    an offense punishable by death, life imprisonment or imprisonment for a term of 15 years or more, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than 10 years, or both;

(b)    an offense punishable by imprisonment for a term of five or more years, but less than 15 years, the penalties for failure to appear are a fine of not more than $250,000 or imprisonment for not more than five years, or both;

(c)    any other felony, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than two years, or both;

(d)    a misdemeanor, the penalties for failure to appear are a $100,000 fine (if the offense occurred after November 1, 1987), or a $25,000 fine (if the offense occurred before November 1, 1987), or imprisonment for not more than one year, or both.

At the present time, the charge in this case involves penalties which equal or exceed the penalty set forth in subparagraph (   ), and therefore, the penalties for failure to appear are those conditions in that subparagraph.

Any term of imprisonment for failure to appear is required by law to be consecutive to the sentence of imprisonment for any other offense.

Furthermore, federal law provides that a person convicted of an offense which is committed while the defendant is released under these conditions of release shall be sentenced, in

addition to the sentence prescribed for the offense, to a term of imprisonment of not more than 10 years if the offense is a felony; or a term of not more than one year, if the offense is a misdemeanor. Any term of imprisonment imposed pursuant to this provision of law is to be consecutive to any other term of imprisonment.

I acknowledge that I have read the above or that the above has been read to me and that I fully understand the conditions of my admission to bail and the possible penalties for the violation of any of those conditions.

I further acknowledge that I have been given a copy of this instrument, as well as a copy of the bail bond to which it is attached.

Signed at Tampa, Florida, this ____3rd____ day of August, 2000.

_____          _____
WITNESS                            DEFENDANT

1.  The Middle District of Florida consists of the following Florida Counties: Baker, Bradford, Brevard, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Flagler, Glades, Hamilton, Hardee, Hendry, Hernando, Hillsborough, Lake, Lee, Marion, Manatee, Nassau, Orange, Osceola, Pasco, Pinellas, Polk, Putnam, Sarasota, St. Johns, Seminole, Sumter, Suwanee, Union, and Volusia.

2.  The telephone number and mailing address for the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, are: 813/301-5400 and 801 North Florida Avenue, United States Courthouse, Tampa, Florida 33602.

3.  The telephone number of the United States Marshal's Office for the Middle District of Florida, Tampa Division, is: 813/274-6401.

4.  The telephone number and mailing address of the United States Attorney for the Middle District of Florida, Tampa Division, are: 813/274-6000; Park Tower, Suite 3200, 400 N. Tampa Street, Tampa, Florida 33602.

5.  The commercial telephone number of the United States Pretrial Services Agency, is 813/225-7648, and the toll-free number is 1/800/676-0125.

6.  NOTICE TO COUNSEL AND DEFENDANT: in cases assigned to United States Magistrate Judge Elizabeth A. Jenkins, any requests to travel outside the area set forth in this document must be submitted at least three (3) days prior to the date upon which travel is expected to begin. Failure to comply with this requirement will result in automatic denial of the request unless a showing is made that an actual emergency situation exists, such as serious illness in the family.

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.

**AHMAD ALMASRI**

**APPEARANCE BOND**

**CASE No.  00-320-MJ**

**Non-surety:** I, the undersigned defendant acknowledge that I and my personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ <u>50,000</u> (10% cash), and there has been deposited in the Registry of the Court the sum of $ <u>5,000</u> in cash.

The conditions of this bond are that the defendant, **AHMAD ALMASRI**, is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred.  The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith.  Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on **August 3, 2000**, at Tampa, Florida.

DEFENDANT: _____
Ahmad Almasri

ADDRESS: _925 E M to N_
_LakeLAND FL_
Ph. (863) 858-3846

SURETY: _____
IBRAHIM YASIN

ADDRESS: _863 - 8536975_
_8325 Gibson Oaks Dr  Lakeland FL_
Ph. 863-8536975    _33809_



SURETY: _____
        IBRAHIM MOHAMMAD

ADDRESS: _____
         LAKELAND FL 3780
         865Ph. 712 4545


Signed and acknowledged before me on **August 3, 2000.**

_____
Deputy U.S. Marshal or Deputy Clerk

Approved: _____
ELIZABETH A. JENKINS, U.S. MAGISTRATE JUDGE

_____
Deputy Clerk as to sureties

RECEIPT FOR PAYMENT
DISTRICT COURT OF MIDDLE
FLORIDA
TAMPA DIVISION

T005611
---

RECEIVED FROM:

MOHAMMAD, IBRAHIM S
599013987
4054 GOLF VELLEGE LOOP #4
(863) 712-4545
LAKELAND, FL 33809
---

Case Number: 8:00MJ00320
---

F/U/B/O:

Party ID:DFT 1
ALMASRI, AHMAD
Tender Type:          CASH

00-604700            $5,000.00

Registry Funds

Remarks:
---
   Subtotal:         $5,000.00
---

Receipt Total:       $5,000.00
=========================
* Checks and drafts are accepted
subject to collections and full
credit will only be given when
the check or draft has been
accepted by the financial
institution on which it was drawn.

   Date:      8/3/00
   Clerk:  ---------------
                SH

00 AUG 10 PM 12:48
CLERK ... DIST CT.
S.D. OF FLA. - WPB



**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

FILED

00 AUG -3 PM 4: 41

UNITED STATES OF AMERICA

v.                                             CASE NO.  00-320-MJ

AHMAD ALMASRI

### AFFIDAVIT OF EXCLUSIVE OWNERSHIP OF CASH BAIL

I, _IBRAHIM S. MOHAMMAD_, SSN: _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_, certify
that I am the owner of, and have exclusive interest to, the $ _5000.00_ deposited
as cash bail.

### AFFIDAVIT OF OTHER OWNERSHIP OF CASH BAIL

I, _____, certify that I have authority to tender the
following amounts of monies as cash bail on behalf of the individuals indicated below:

| Name of Owner/SSN: | Address of Owner | Deposit |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

### CERTIFICATION OF DEPOSITOR

I certify that the information provided above correctly reflects the ownership of the deposited cash bail.

FILED this _Thursday_ day of _August / 3_, 2000.

Signature: _____    Print Name: _IBRAHIM S. MOHAMMAD_
Address: _4054 GOLF VELLEGE Loop LO.4_
City, State, Zip: _LAKELAND FL 33809_
Phone Number: _(863)712 4545_



FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

00 AUG -2 PM 5:59

### ELIZABETH A. JENKINS
### UNITED STATES MAGISTRATE JUDGE
### CLERK'S MINUTES

Case No.  00-320-MJ                    Date:  August 2, 2000

UNITED STATES OF AMERICA                Katherine Ho
                                        Attorney for Government
v.

AHMAD ALMASRI                           Mark Nejame, Esq.
Defendant                               Attorney for Defendant

Recorder:  Trisha M. Waller             Interpreter:  N/A

*************************************************************************
PROCEEDINGS:

### IDENTITY/DETENTION HEARING (Rule 40)

Government advises that this case was indicted yesterday in the Southern District of Florida.
Therefore, a probable cause determination will not be necessary. However, defendant does
contest identity. Government calls Agent Jeff Leclair. Defendant sworn. Court finds that the
defendant present in the courtroom is the same person as named in the Indictment.

Government argues in favor of detention based on risk of flight and danger to the community.
Defendant argues in favor of release and calls defendant's family members, Ibrahim Yasri and
Ibrahim Mohammad. Defendants sworn. Based on the testimony presented and the arguments of
counsel, the Court DENIES the Government's request for detention and sets a $50,000 (10%
cash) unsecured bond. Said bond to be co-signed by above-mentioned family members. No
nebbia is required if the above-mentioned family members post the required cash. However, if the
cash is posted by persons other than those mentioned, then a nebbia hearing will be required.
Defendant is not to be released until the cash is posted. Special conditions include: residence
restricted to the Middle District of Florida but enlarged to the Southern District of Florida for
court purposes; pretrial services supervision; no change of address without prior court approval;
maintain/seek legitimate employment; and obtain no passport.

Time:  3:05- 3:45                    Tape:  82/2116-83/300

FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

00 AUG -2 PH 12: 16

## UNITED STATES OF AMERICA

**v.**                                    CASE NO. <u>00-320-MJ</u>

## NADIA ALMASRI

### ORDER OF RELEASE

It is hereby ORDERED:

1.    That the conditions of release are hereby established as set forth below.

2.    That the United States Marshal is hereby directed to release the above named defendant upon his/her agreement, in writing, to comply with the following conditions of release.

DONE and ORDERED at Tampa, Florida this _31st_ day of July, 2000.

_____
ELIZABETH A. JENKINS
UNITED STATES MAGISTRATE JUDGE

### CONDITIONS OF RELEASE

1.    The defendant must appear before the Court in accordance with all notices.

2.    The defendant must not at any time, for any reason whatsoever, leave the Middle District of Florida without first obtaining written permission of the United States District Court for the Middle District of Florida or the district court where criminal charges are pending. Travel enlarged to the Southern District of Florida. ~~for residential purposes.~~ _for court purposes_
_(EAJ)_

3.    The defendant must not change his/her present address without:  ( X ) prior court approval;  ( ) first advising in writing the Clerk of the Court for the Middle District of Florida.

4.    The defendant shall not commit a federal, state or local crime during the period of his/her release.  The defendant is specifically advised that federal law prohibits conduct relating



to intimidation of witnesses, jurors and officers of the Court (18 U.S.C. § 1503); conduct relating to obstruction of criminal investigations (18 U.S.C. § 1510); conduct involving tampering with witnesses, victims or informants (18 U.S.C. § 1512); and conduct involving retaliation against a witness, victim or informant (18 U.S.C. § 1513), as well as attempts to commit any of the foregoing acts.

5.    SPECIAL CONDITIONS OF DEFENDANT'S RELEASE.    (Check only those applicable.)

___X___    Report to Pretrial Services as directed.

_____    Submit to any method of testing required by the Pretrial Services office or the supervising officer for determining whether the defendant is using a prohibited substance.  Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

_____    To remain in the Third Party Custody of _____.

___X___    To surrender passport to Pretrial Services within 24 hours.

_____    Shall maintain suitable, lawful employment as approved by Pretrial Services.

_____    Shall not operate a motor vehicle after consumption of any alcoholic beverages.

_____    Shall not ride in any private aircraft or ocean going vessel.

_____    Shall not obtain a passport.

_____    Shall participate in one of the following home confinement program components and abide by all the requirements of the program which (  ) will or (  ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.

      (  ) **Curfew**. You are restricted to your residence every day (  ) from _____ to _____, or (  ) as directed by the pretrial services office or supervising officer; or
      (  ) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or
      (  ) **Home Incarceration.** You are restricted to your residence at all times

except for medical needs or treatment; religious services, and court appearances pre-approved by the pretrial services office or supervising officer.

6.    A violation of any of the above conditions may result in the immediate issuance of a warrant for the defendant's arrest and may result in a forfeiture of the bond previously given.

Further, upon re-arrest, the defendant may be detained in jail without the setting of new conditions of release or, if new conditions of release are established, those conditions will, in all likelihood, be significantly greater than the conditions previously established.

Moreover, a person who violates his/her conditions of release may be prosecuted for contempt of Court.

7.    A defendant commits a separate offense against the laws of the United States if, after having been released under these conditions of release, he/she knowingly fails to appear before a Court as required by the conditions of release, or knowingly fails to surrender for service of a sentence pursuant to a court order.  If a person fails to appear in connection with --

(a)    an offense punishable by death, life imprisonment or imprisonment for a term of 15 years or more, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than 10 years, or both;

(b)    an offense punishable by imprisonment for a term of five or more years, but less than -15 years, the penalties for failure to appear are a fine of not more than $250,000 or imprisonment for not more than five years, or both;

(c)    any other felony, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than two years, or both;

(d)    a misdemeanor, the penalties for failure to appear are a $100,000 fine (if the offense occurred after November 1, 1987), or a $25,000 fine (if the offense occurred before November 1, 1987), or imprisonment for not more than one year, or both.

At the present time, the charge in this case involves penalties which equal or exceed the penalty set forth in subparagraph (  ), and therefore, the penalties for failure to appear are those conditions in that subparagraph.

Any term of imprisonment for failure to appear is required by law to be consecutive to the sentence of imprisonment for any other offense.

Furthermore, federal law provides that a person convicted of an offense which is committed while the defendant is released under these conditions of release shall be sentenced, in

addition to the sentence prescribed for the offense, to a term of imprisonment of not more than 10 years if the offense is a felony; or a term of not more than one year, if the offense is a misdemeanor. Any term of imprisonment imposed pursuant to this provision of law is to be consecutive to any other term of imprisonment.

I acknowledge that I have read the above or that the above has been read to me and that I fully understand the conditions of my admission to bail and the possible penalties for the violation of any of those conditions.

I further acknowledge that I have been given a copy of this instrument, as well as a copy of the bail bond to which it is attached.

Signed at Tampa, Florida, this  3 1     day of July, 2000.

_____          _____
WITNESS                                          DEFENDANT

1.  The Middle District of Florida consists of the following Florida Counties: Baker, Bradford, Brevard, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Flagler, Glades, Hamilton, Hardee, Hendry, Hernando, Hillsborough, Lake, Lee, Marion, Manatee, Nassau, Orange, Osceola, Pasco, Pinellas, Polk, Putnam, Sarasota, St. Johns, Seminole, Sumter, Suwanee, Union, and Volusia.

2.  The telephone number and mailing address for the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, are: 813/301-5400 and 801 North Florida Avenue, United States Courthouse, Tampa, Florida 33602.

3.  The telephone number of the United States Marshal's Office for the Middle District of Florida, Tampa Division, is: 813/274-6401.

4.  The telephone number and mailing address of the United States Attorney for the Middle District of Florida, Tampa Division, are: 813/274-6000; Park Tower, Suite 3200, 400 N. Tampa Street, Tampa, Florida 33602.

5.  The commercial telephone number of the United States Pretrial Services Agency, is 813/225-7648, and the toll-free number is 1/800/676-0125.

6.  NOTICE TO COUNSEL AND DEFENDANT: in cases assigned to United States Magistrate Judge Elizabeth A. Jenkins, any requests to travel outside the area set forth in this document must be submitted at least three (3) days prior to the date upon which travel is expected to begin. Failure to comply with this requirement will result in automatic denial of the request unless a showing is made that an actual emergency situation exists, such as serious illness in the family.

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA**

**APPEARANCE BOND**

v.

**CASE NO.  00-320-MJ**

<u>NADIA ALMASRI</u>

**Non-surety:** I, the undersigned defendant acknowledge that I am bound to pay to the United States of America the sum of **$ 50,000 (signature) (to be co-signed by defendant's cousin).**

The conditions of this bond are that the defendant, **NADIA ALMASRI**, is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred.  The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith.  Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on **July 31, 2000**, at Tampa, Florida.

DEFENDANT: ___Nadia Almasri___
         Nadia Almasri

ADDRESS: 925 Fenton Ln X 4
         Lakeland - FL 33809
Ph. # 863 858 3846



SURETY: _____    ADDRESS: 4054 GOLF VILLAGE _____
       Ibrahim Mohammad                 LAKELAND FL 33809 _____
                                                     Ph. #(863) 712-4545

Signed and acknowledged before me on **July 31, 2000**.

                                                         Deputy U.S. Marshal

Approved: _____    _____
ELIZABETH A. JENKINS, U.S. MAGISTRATE JUDGE    Deputy Clerk as to surety

# FINANCIAL AFFIDAVIT

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

CJA 23
(Rev. 5/98)

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF

_____ VS. _____

NADIA ALMASRI

**PERSON REPRESENTED** (Show your full name)

FOR

AT  CO JUL 31 PH 5:34
_____ COURT
FLORIDA

**LOCATION NUMBER**

**DOCKET NUMBERS**
Magistrate

District Court

Court of Appeals

**CHARGE/OFFENSE** (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

SSN

1 ☐ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**

Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed

Name and address of employer: _____

IF YES, how much do you earn per month? $ _____

IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes ☒ No

IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED _____  SOURCES _____

**CASH**

Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No  IF YES, state total amount $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

IF YES, GIVE THE VALUE AND DESCRIBE IT

VALUE _____  DESCRIPTION _____

### OBLIGATIONS & DEBTS

**DEPENDENTS**

MARITAL STATUS
☐ SINGLE
☒ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: 3

List persons you actually support and your relationship to them
_____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS ETC.)

| APARTMENT OR HOME: Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| HOME NATIONS BANK | $ 69,000 | $ 546.00 |
| VISA | $ 10,000 | $ 50.00 |
| MASTER CARD | $ 10,000 | $ 50.00 |
| DISCOVER CARD | $ 5,000 | $ 50.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)  ▶

 Nadia Almasri 

# FINANCIAL AFFIDAVIT

**CJA 23**
(Rev. 5/98)

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF

|  | VS. | FOR | A |
|---|---|---|---|

AT  A

CO JUL 31  PM 5:34

**LOCATION NUMBER**

PERSON REPRESENTED (Show your full name)  *Almasri*

| | |
|---|---|
| 1 ☐ Defendant - Adult | |
| 2 ☐ Defendant - Juvenile | |
| 3 ☐ Appellant | |
| 4 ☐ Probation Violator | |
| 5 ☐ Parole Violator | |
| 6 ☐ Habeas Petitioner | |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other (Specify) | |

**DOCKET NUMBERS**

Magistrate

District Court

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony  ☐ Misdemeanor

*SSN*

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOY-MENT**

Are you now employed? ☐ Yes  ☒ No  ☒ Am Self Employed

Name and address of employer: _____

| IF YES, how much do you earn per month? $ _____ | IF NO, give month and year of last employment How much did you earn per month? $ _____ |
|---|---|

If married is your Spouse employed? ☐ Yes  ☒ No

IF YES, how much does your Spouse earn per month? $ _____   If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☐ No

|  | RECEIVED | SOURCES |
|---|---|---|
| IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ THE SOURCES | _____ | _____ |

**CASH**

Have you any cash on hand or money in savings or checking account ☐ Yes  ☒ No  IF YES, state total amount $ _____

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No

|  | VALUE | DESCRIPTION |
|---|---|---|
| IF YES, GIVE THE VALUE AND $ DESCRIBE IT | _____ | _____ |

### OBLIGATIONS & DEBTS

**DEPENDENTS**

MARITAL STATUS

| | | Total No. of Dependents |
|---|---|---|
| ☐ SINGLE | | |
| ☒ MARRIED | | |
| ☐ WIDOWED | | 2 |
| ☐ SEPARATED OR DIVORCED | | |

List persons you actually support and your relationship to them

NADIAH ALMASRI - SPOUSE
KHID ALMASRI - FATHER

**DEBTS & MONTHLY BILLS**

(LIST ALL CREDITORS INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| HOME - | NATIONS BANK | $ 64,000 | $ 546.00 |
|  | VISA | $ 10,000 | $ 50.00 |
|  | MASTER CARD | $ 10,000 | $ 50.00 |
|  | DISCOVER CARD | $ 5,000 | $ 50.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date)  7/31/2000

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶

UNITED STATES DISTRICT COURT
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

FILED

00 JUL 31 PM 5: 34

## MAGISTRATE JUDGE ELIZABETH A. JENKINS

DATE: _7 31 00_

CASE NO. _00-320-MJ_    INTERPRETER _Nouara Marvil_ (Arabic Interpreter)

U.S.A. vs. _Nadia Almasri_

GOVT COUNSEL: _Katherine Ho_    DEFT COUNSEL: _Mark Nejame (Limited)_

COURT REPORTER: _N/A_    DEPUTY CLERK: _Trish Waller_

PROCEEDINGS: INITIAL APPEARANCE/DETENTION OR BOND HEARING (Circle proceedings that apply)

| | | |
|---|---|---|
| ✓ | Deft provided w/copy of _Complaint_ | (Rule 40) |
| ✓ | ARREST DATE: _7 31 00_ | |
| ✓ | Court summarized charges | |
| ✓ | Court advises of Deft's Rule 5 rights | |
| ___ | Financial Affidavit submitted for approval | |
| ___ | FPD appointed for all purposes including trial ____CJA counsel to be appointed | |
| ___ | FPD appointed w/Deft to pay _____ | |
| ___ | Deft to retain counsel by _____ | |
| ✓ | Govt position on release or detention _____ | |
| ✓ | Pretrial Services Officer on background report | |
| ___ | Deft comments on background report | |
| ___ | Deft requests continuance to prepare for detention hearing | |
| ___ | Govt requests continuance to prepare for detention hearing | |
| ___ | Court grants Motion for Continuance. Detention hearing set for _____ | |
| ___ | Court: Order of Temporary Detention pending hearing | |
| ___ | Court: Order of Detention Pending Trial | |
| ✓ | Court: Orders Bond set at _$50,000 (Signature) Co-signed by Cons N_ | |

    ✓ Residence/travel restricted to Middle District of Florida _(Enlarged to So Dist Fl)_
    ✓ Pretrial Services Supervision
    ___ No drugs, firearms, alcohol    ✓ No change of address w/out Court approval
    ___ Maintain/seek employment
    ___ Urinalysis testing as required by Pretrial Services
    ✓ Passport to be surrendered to Pretrial Services _w/in 24 hrs._
    ___ Obtain no passport
    ___ Pilot's license to be surrendered

✓ Deft requests/waives Preliminary Examination

Comments: _D waives identity. Order of Removal to be entered._

Hearing Time: _3:55 -_    Room: _11A_    Tape: _81/94-707_

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

FILED

# CLERK'S MINUTES
# MAGISTRATE JUDGE ELIZABETH A. JENKINS PM 5:34

DATE: 7.31.00

CASE NO. 00-320 MJ          INTERPRETER: Nohara Marvel _(Arabic interpreter)_

U.S.A. vs. Ahmad Almasri

GOVT COUNSEL: Katherine H.          DEFT COUNSEL: Mark Nijame (Limited)

COURT REPORTER: N I A          DEPUTY CLERK: Trish Waller

PROCEEDINGS: INITIAL APPEARANCE/DETENTION OR BOND HEARING (Circle proceedings that apply)

| | |
|---|---|
| ✓ | Deft provided w/copy of _Complaint_  (Rule 40) |
| ✓ | ARREST DATE: 7.31.00 |
| ✓ | Court summarized charges |
| ✓ | Court advises of Deft's Rule 5 rights |
| ___ | Financial Affidavit submitted for approval |
| ___ | FPD appointed for all purposes including trial ____CJA counsel to be appointed |
| ___ | FPD appointed w/Deft to pay _____ |
| ___ | Deft to retain counsel by _____ |
| ✓ | Govt position on release or detention |
| ___ | Pretrial Services Officer on background report |
| ___ | Deft comments on background report |
| ✓ | Deft requests continuance to prepare for detention hearing |
| ___ | Govt requests continuance to prepare for detention hearing |
| ✓ | Court grants Motion for Continuance. Detention hearing set for 8/2 @ 3:00 |
| ✓ | Court: Order of Temporary Detention pending hearing |
| ___ | Court: Order of Detention Pending Trial |
| ___ | Court: Orders Bond set at _____ |
| | _____ Residence/travel restricted to Middle District of Florida |
| | _____ Pretrial Services Supervision |
| | _____ No drugs, firearms, alcohol _____ No change of address w/out Court approval |
| | _____ Maintain/seek employment |
| | _____ Urinalysis testing as required by Pretrial Services |
| | _____ Passport to be surrendered to Pretrial Services |
| | _____ Obtain no passport |
| | _____ Pilot's license to be surrendered |
| ___ | Deft requests/waives Preliminary Examination |

Comments: Det/ Removal hrg. Set for 8/2.

Hearing Time: 3:55          Room: 11A          Tape: 81/94-707