## United States District Court

SOUTHERN DISTRICT OF FLORIDA    494 489

UNITED STATES OF AMERICA

V.

THOMAS L. NAROG, ET AL.

**WARRANT FOR ARREST**

AUG 14 2000

CASE NUMBER: 00-6211-CR-Hurley

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    NADIA AL MASRI
                                           Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to Possess a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine); and possession of a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine),

in violation of Title 21 United States Code, Section(s) 841(d)(2) and 846

BARRY S. SELTZER
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

JULY 31, 2000, FORT LAUDERDALE, FLORIDA
Date and Location

Bail fixed at $ PRE TRIAL DETENTION    by BARRY S. SELTZER, UNITED STATES MAGISTRATE JUDGE
                                          Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above defendant at Tampa, Florida

| DATE RECEIVED 7/31/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7/31/00 | | Edward Purchase, SDUSM |