# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 08/16/2000    TIME: 9:30 AM

DEFT. NADIA ALMASRI    (SURR)
     (ARABIC INTERP. ORD'D-8/8/00)

CASE NO. 00-6211-CR-HURLEY/VITUNAC

AUSA. LAURENCE BARDFELD

ATTY. MARK McJAME (Perry)

AGENT. DEA

VIOL. 21:841(d)(2), 846

PROCEEDING INITIAL HEARING

BOND. $50,000 PSB SET IN M/D OF FLORIDA-TAMPA

DISPOSITION Initial Bond & Arraignment held.
Deft present with counsel — sworn/testi.
Indictment read to deft & advised of her rights.
Notice of permanent appearance filed.
Court hereby adopts Bond & all conditions as
set in M/D of Florida-Tampa, with the following
added conditions: Report to PTS 1x week by phone
& in person as directed, do not apply for or receive any
other travel documents.

Reading of indictment Waived — Deft pleads not guilty
~~Not Guilty plea entered~~
Jury trial demanded
Standing Discovery Order requested / signed & distributed

Status/Disc. set for Monday, 9-18-00 @ 9:30 AM
before Judge Vitunac.

DATE: 8-16-00

TAPE: AEV 00-56-288/768