UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

VS.                                    CASE NUMBER  00-6211-CR-HURLEY/VITUNAC

___NADIA ALMASRI_____/

INTERPRETER REQUIRED IN CASE

LANGUAGE: ___ARABIC_____