RECEIVED & FILED IN OPEN COURT
ON 8-16-00 AT
10/15, FLA.
Clarence Maddox, Clerk
United States District Court
Southern District of Florida

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6211-CR-Hurley

| | |
|---|---|
| UNITED STATES OF AMERICA | **NOTICE OF PERMANENT APPEARANCE OF COUNSEL OF RECORD** |
| VS. | |
| NADIA ALMASRI, | TRIAL ONLY: ✓ |
| | TRIAL AND APPEAL: ____ |

COMES NOW **Mark E. NeJame** and files this appearance as counsel for the above named defendant. Counsel agrees to represent the Defendant for all proceedings arising out of the transaction with which the defendant is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(d) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorney.

Counsel acknowledges responsibility to advise the defendant of the right of appeal, and if signed on to represent the defendant through appeal, to file a timely notice of appeal if requested to do so by the defendant, and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATE: 8-16-00   BAR NO. 0310931
ATTORNEY: (Print Name) Mark E. NeJame
SIGNATURE: Mark E. N_
ADDRESS: 15 Orange Ave. Suite 304
CITY: Orlando   STATE: FL.   ZIP CODE: 32801
TELEPHONE NO. 407-245-1232

The undersigned defendant hereby consents to the representation by the above counsel.

_Nadia Almasri_

permcsl.not