UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **00-6211-CR-HURLEY/VITUNAC**

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

NADIA ALMASRI,

       Defendant.
_____/



### ARRAIGNMENT INFORMATION SHEET

    The above named Defendant appeared before United States Magistrate Judge **ANN E. VITUNAC** on ___AUGUST 16, 2000_, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**    Address: ___ON BOND_____

                        Telephone no.: _____

**DEFENSE COUNSEL:**    Name: ___MARK E. NEJAME_____

                        Address: ___1 S. ORANGE AVENUE, SUITE 304_____

                                 ___ORLANDO, FLORIDA 32801_____

                        Telephone no.: _(407) 245-1232_____

BOND/////CONTINUED: $__50,000 PSB FROM M/D OF FLORIDA-TAMPA_____

BOND//// hrg held: YES__X__ NO___ BOND/PTD hrg set for_____

Dated this __16__ day of ____AUGUST_____, 2000.

                                               CLARENCE MADDOX, CLERK OF COURT

                                               By:_____
                                                    Deputy Clerk

c:    Courtroom Deputy, District Judge
      United States Attorney
      Defense Counsel
      United States Pretrial Service

