# United States District Court
## Southern District of Florida

United States of America          Case# 00-6211-CR-Hurley
        Vs

NADIA ALMASRI          Prisoner # 39192-018

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To Clerk's Office, United States District Court: (Circle One)

MIAMI     FT. LAUDERDALE     WEST PALM BEACH     FT. PIERCE

(CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE COURT)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ALL ITEMS ARE TO BE COMPLETED. INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A"

1) DATE AND TIME OF ARREST  8-16-00
2) LANGUAGE(S) SPOKEN  ARABIC
3) OFFENSE(S) CHARGED  DANGEROUS DRUGS
4) U.S. CITIZEN [ ] YES  [✓] NO  [ ] UNKNOWN
5) DATE OF BIRTH  11-21-64
6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
    [✓] INDICTMENT     [ ] COMPLAINT TO BE FILED/ALREADY FILED
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PROBATION VIOLATION WARRANT
    [ ] PAROLE VIOLATION WARRANT

CASE # _____
ORIGINATING DISTRICT  S/FL
COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [✓] NO
7) AMOUNT OF BOND  $100,153  WHO SET BOND _____
8) ARRESTING AGENT  R. GANESH     DATE  8/16/00
9) AGENCY  USMS          PHONE  655-187
10) REMARKS _____