## COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 08/24/2000   TIME: 9:30 AM

DEFT. Nabih Almasri (B) ✓
      AHMAD ALMASRI (SURR) ✓
      (ARABIC INTERP. ORD'D)

CASE NO. 00-6211-CR-HURLEY/VITUNAC

AUSA. LAURENCE BARDFELD ✓

ATTY. Atty. Barker for Mark NeJame

AGENT. DEA

VIOL. 21:841(d)(2), 846

PROCEEDING  INITIAL HEARING

BOND. $50,000 10% CASH BOND SET IN M/D OF FLORIDA-TAMPA

DISPOSITION Initial Bond & Garcia hearing held. Both Defts' present with atty. Barker standing in for atty. NeJame - sworn/test. Govt. does not oppose same counsel representing both Defts'. Charges read to Defts' & both acknowledge that they understand the charges. Court advise Defts' of potential conflict with the same atty. & recommends that they have separate counsel. After testimony, court does not allow the same atty. to represent both Defts' & appoints FPD for Nadia Almasri as to issue of Garcia hearing only. Ahmad Almasri still wants NeJame as his counsel

DATE: 8-24-00

TAPE: AEV 00-60-1

PAGE 1 OF 2

## COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**    DATE: 08/24/2000    TIME: 9:30 AM

DEFT. AHMAD ALMASRI (SURR)    CASE NO. 00-6211-CR-HURLEY/VITUNAC
(ARABIC INTERP. ORD'D)

AUSA. LAURENCE BARDFELD    ATTY.

AGENT. DEA    VIOL. 21:841(d)(2), 846

PROCEEDING  INITIAL HEARING    BOND. $50,000 10% CASH BOND SET IN M/D OF FLORIDA-TAMPA

**DISPOSITION**

Continuation of Garcia hearing set for Wednesday, 9-6-00 @ 9:30 am.
Court hereby adopts bond & all conditions as set in M/D of Florida - Tampa Division.
Gov't. does not object to continuation of bond.

DATE:    TAPE:

PAGE 2 of 2