UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

Case No. 00-6211-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA

    Plaintiff,

vs

    NADIA ALMASRI

    Defendant(s).
_____/

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above named defendant having testified under oath or provided appropriate financial affidavit that he or she is financially unable to employ counsel but wishes to be represented by counsel, it is thereupon

ORDERED AND ADJUDGED that the Federal Public Defender for the Southern District of Florida is appointed to represent this defendant for GARCIA HEARING ONLY in this case unless relieved by Court Order.

DONE AND ORDERED at West Palm Beach, Florida this __24__ day of ____AUGUST____, 2000.

ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

c:   Defendant
    Federal Public Defender
    U. S. Attorney