# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**    DATE: 09/06/2000    TIME: 9:30 AM

DEFT. NADIA ALMASRI (B)
      AHMAD ALMASRI (B)
      (Arabic Interp. Ord'd-8/24/00)

CASE NO. 00-6211-CR-HURLEY/VITUNAC
FEDERAL PUBLIC DEFENDER - Robert Adler

AUSA. LAURENCE BARDFELD    ATTY. MARK NEJAME (RETAINED)

AGENT. DEA    VIOL. 21:841(d)(2), 846

PROCEEDING CONTINUATION OF GARCIA HRNG.    BOND. $50,000 PSB / $50,000 10% CASH

DISPOSITION: Garcia hearing held. Both Defts' present with counsels' atty. Adler present arguments on behalf of Nadia Almasri. Both Defts' understand conflict issues, waives their right, & request atty. NeJame to remain as counsel of record. Court allows the representation for atty. NeJame to represent both defts', but if there's a trial, counsel is directed to address issue with court.

DATE: 9-6-00    TAPE: AV 00-60-2865/3450
                               00-61-1