FILING FEE
PAID 75.00
In Forma Pauperis 7/3/99
Clarence Maddox, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX FILED
SEP 19 2000
CLERK, USDC/SDFL/WPB

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NADIA ALMASRI, and
AHMED ALMASRI,

    Defendants.
_____/

CASE NUMBER: 00-6211-Cr-Hurley/Vitunac

## PETITION FOR ADMITTANCE PRO HAC VICE

**COMES NOW**, the undersigned attorney, Mark E. NeJame, Esquire, of the Law Office of Mark E. NeJame, P.A. and pursuant to Local Rule 5(d)(3) requests this Court admit said Mark E. NeJame to appear in the above case and shows as follows:

1. That undersigned attorney, Mark E. NeJame's office address is Law Office of Mark E. NeJame, P.A., One South Orange Avenue, Orlando, Florida 32801. The telephone number is (407) 245-1232.

2. That undersigned attorney, Mark E. NeJame, has been admitted to practice law in the State of Florida, with an admission date of October 29, 1980, and admitted to the United States District Court, Middle District of Florida, with an admission date November 5, 1982.

3. That the undersigned attorney, Mark E. NeJame, is not currently suspended or disbarred in any other court.

4. That the undersigned attorney, Mark E. NeJame, has not, within one (1) year preceding this application, made a Pro Hac Vice application to this specific Court.

5. That the undersigned attorney, Mark E. NeJame, would designate Richard Docobo, as a person with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. Attached hereto as Exhibit "A" is the written consent of the said designee.

6. That attached as Exhibit "B" is a Certificate of Good Standing from the United States District Court, Middle District of Florida.

**WHEREFORE**, the undersigned attorney requests this Court to grant admittance to the applicant Pro Hac Vice in this matter.

**DATED** this ___ day of September, 2000.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. MAIL to the Office of the United States Attorney, Larry Bardfeld, 500 E. Broward Blvd., 7th Floor, Ft. Lauderdale, Florida 33394 and Richard Docobo, 1101 Brickell Avenue, Ste. 1801, Miami, Florida 33131; this 19 day of September, 2000.

_____
Mark E. NeJame, ESQUIRE
**Law Office of**
**Mark E. NeJame, P.A.**
One South Orange Ave., Ste. 304
Orlando, Florida 32801
Office (407) 245-1232
Florida Bar No: 310931
Attorney for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,            CASE NUMBER: 00-6211-Cr-Hurley/Vitunac

   Plaintiff,

vs.

NADIA ALMASRI, and
AHMED ALMASRI,

   Defendants.
_____/

## ACCEPTANCE OF DESIGNEE

**COMES NOW**, the undersigned attorney, Richard Docobo, Esquire, and accepts designee under the 5 (d) (3) of the Local Rules of Designee for the admission of Mark E. NeJame, Esquire, Pro Hac Vice.

**DATED** this 15 day of September, 2000.

_____
Richard Docobo, Esquire
1101 Brickell Avenue, Suite 1801
Miami, Florida 33131-3121
Office No: 305-358-3008
Florida Bar No: 357421

EXHIBIT "A"

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

**CERTIFICATE OF
GOOD STANDING**

I, SHERYL L. LOESCH, Clerk of this Court, certify that

**MARK E. NeJAME, Bar #310931**,

was duly admitted to practice in this Court on

**November 5, 1982**

and is in good standing as a member of the Bar of this Court.

Dated at Orlando, Florida, on September 12, 2000.

__SHERYL L. LOESCH__
Clerk

_____
Deputy Clerk

EXHIBIT "B"