# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  00-6211-CR-HURLEY

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

**v.**

**THOMAS L. NAROG,**
**GHANDI JABER,**
**AHMAD ALMASRI,**
**NADIA ALMASRI,**
**SABER ABDELMUTI,**
**NABIL AQUIL,**
**NIZAR FNEICHE,**
**RABAH EL HADDAD,**
**MOHAMMED SAMHAN,**
        **Defendants.**
-------------------------------------------/

FILED by _____ D.C.

JAN 2 3 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • W.P.B.

## ORDER SETTING STATUS CONFERENCE

**THIS MATTER** come before the court *sua sponte.*  The above cited case having been set for trial on the March 2001 trial calendar, it is

**ORDERED** and **ADJUDGED** that:

1. Counsel representing the parties shall attend a status conference on **Thursday, February 1, 2001, at 8:40 a.m.** at the U.S. Courthouse, Courtroom 5, West Palm Beach, FL.

2.  If arrangements are made at least 48 hours in advance with the Courtroom Deputy (561/803-3452), out-of-town counsel may attend the status conference by general conference call.

**DATED** and **SIGNED** in Chambers at West Palm Beach, Florida this __22nd__ day of January, 2001.

Daniel T. K. Hurley
United States District Judge

**copy furnished:**
AUSA Laurence M. Bardfeld
Fred Haddad, Esq.

Glenn Seiden, Esq.
Jack Goldgerger, Esq.
Mark E. NeJame, Esq.
Theodore W. Weeks, IV, Esq.
Charles White, Esq.
Bruce A. Goodman, Esq.
Timothy Biasiello, Esq.
Howard M. Srebnick, Esq.
Randee Golder, Esq.
Leonard P. Fenn, Esq.