# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 03/14/2001   TIME: 10:00 AM

DEFT. NADIA ALMASRI (B) ✓
(Arabic Interp. Ord'd-3/7/01) ✓

CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)

AUSA. LAURENCE BARDFELD

ATTY. CHRISTOPHER CINA ✓ / MARK NEJAME (RETAINED)

AGENT. DEA

VIOL. 21:841(a)(1), 846

PROCEEDING ARRAIGNMENT ON SUPERSEDING INDICTMENT

BOND. $50,000 PSB

DISPOSITION

Deft present with atty Cina, standing in for atty. NeJame. Cina has no knowledge of Cina issues. AUSA states he will not call this deft to testify against her husband & will not offer her Pretrial Diversion. Court will not allow atty. NeJame to represent either defts (Nadia & Ahmad almasri) Both defts must retain seperate counsel.

Court questions deft, finds her Indigent and Re-appoints APD Robert Adler.

Arraignment on S/Indictment Set for Friday, 3-16-01 @ 9:30 am before Judge Vitunac.

Atty. NeJame must be present at hearing.

DATE: 3-14-01          TAPE: AEV 01-16-2327