# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 03/16/2001   TIME: 9:30 AM

DEFT. NADIA ALMASRI ✓ (B)   CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)
(Arabic Interp. Ord'd-3/14/01) ✓

AUSA. LAURENCE BARDFELD ✓   ATTY. ROBERT ADLER, AFPD ✓

AGENT. DEA   VIOL. 21:841(a)(1), 846

PROCEEDING: ARRAIGNMENT ON SUPERSEDING INDICTMENT   BOND. $50,000 PSB

DISPOSITION: Arraignment held. Deft present with counsel, waives formal reading of the S/Indictment & pleads not guilty.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested ✓ Signed & distributed.

Status Disc. 4-16-01 @ 9:30 AM. Judge Vitunac

DATE: 3-16-01   TAPE: AEV 01-17-871