UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: <u>00-6211-CR-HURLEY/VITUNAC(s)</u>

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NADIA ALMASRI,

    Defendant.
_____/

## ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before United States Magistrate Judge **ANN E. VITUNAC** on <u>MARCH 16, 2001</u>, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and court appointed counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**     Address: <u>ON BOND</u>

            Telephone no.: _____

**DEFENSE COUNSEL:**   Name: <u>FEDERAL PUBLIC DEFENDER</u>

            Address: <u>WEST PALM BEACH, FLORIDA</u>

            Telephone no.: <u>(561) 833-6288</u>

BOND/////CONTINUED: $ <u>50,000 PSB</u>

BOND/PTD hrg held: YES_____ NO___ BOND/PTD hrg set for_____

Dated this <u>16</u> day of <u>MARCH</u>, 2001.

CLARENCE MADDOX, CLERK OF COURT

By: _____
         Deputy Clerk

c: Courtroom Deputy, District Judge
    United States Attorney
    Defense Counsel
    United States Pretrial Service