cda

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION
Case No. 00-6211-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NADIA ALMASRI,

    Defendant.

_____/



## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.

Please send all notices and inquiries to this attorney at the address listed below.

                KATHLEEN M. WILLIAMS
                FEDERAL PUBLIC DEFENDER

By: _____
       Robert E. Adler
        Assistant
       Federal Public Defender
       Attorney for Defendant
       Florida Bar No. 259942
       400 Australian Avenue, Suite 300
       West Palm Beach, FL 33401
       TEL:(561) 833-6288/FAX:(561) 833-0368

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered this 21 day of March, to Assistant United States Attorney Laurence Bardfeld, 701 Clematis Street, West Palm Beach, FL 33401.

_____
Robert E. Adler