cda

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION
Case No. 00-6211-Cr-Hurley-Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NADIA ALMASRI,

    Defendant.

_____/



### DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL

The defendant, Nadia Almasri, through undersigned counsel, invokes the rights to remain silent and to counsel with respect to any and all interrogation, regardless of the subject matter. *See McNeil v. Wisconsin*, 111 S.Ct. 2204, 2212 (1992) (Stevens, J., dissenting).

                                                KATHLEEN M. WILLIAMS
                                                FEDERAL PUBLIC DEFENDER

By: _____
      Robert E. Adler
        Assistant
      Federal Public Defender
      Attorney for Defendant
      Florida Bar No. 259942
      400 Australian Avenue, Suite 300
      West Palm Beach, FL 33401
      TEL:(561) 833-6288/FAX:(561) 833-0368

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered this 21 day of March, to Assistant United States Attorney Laurence Bardfeld, 701 Clematis Street, West Palm Beach, FL 33401.

_____
Robert E. Adler