UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

*Plaintiff,*   CASE NO.: 00-6211-CR-HURLEY/VITUNAC

vs.

NADIA ALMASRI,

*Defendant.*
_____/

## NOTICE OF APPEARANCE

COMES NOW the undersigned, Richard Docobo, and files this appearance as counsel for the accused, and, further, asks the Clerk of Court to acknowledge his appearance and to send all future notices to counsel.

Respectfully submitted,
**RICHARD DOCOBO**
1571 Northwest 13th Court
Miami, Florida 33125
Tel: (305) 326-0330

_____
RICHARD DOCOBO
Florida Bar No.: 357421

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and exact copy of the foregoing was furnished via U.S. Mail to The Office of the United States Attorney, 500 Australian Ave., Suite 400, West Palm Beach, Florida 34990, on this 26th day of March 2001.

_____
RICHARD DOCOBO