UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

NADIA ALMASRI and
AHMAD ALMASRI,

        Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon receipt of a letter from Mark E. Nejame dated March 21, 2001. This letter appears to have been written in response to this Court's Order to Mr. Nejame to file with the Court under seal a statement of how much money Mr. Nejame received from AHMAD ALMASRI and NADIA ALMASRI for his representation of them in <u>United States of America vs. Ahmad Almasri and Nadia Almasri</u>, Case No. 00-6211-CR-Hurley/Vitunac. This Court has ordered that Mr. Nejame remove himself from representation of either Defendant based upon a conflict of interest.

Rather than comply with this Court's prior Order, Mr. Nejame has sent a letter indicating that he will hold the monies due and owing to the ALMASRIS and that he will parse out this money to lawyers who subsequently represent the ALMASRIS in this case. Mr. Nejame names those lawyers, Richard Docobo and Wesley Blankner, and indicates that he will pay $1,200 per day, per lawyer, if these lawyers find themselves in trial. Mr. Nejame additionally states that he is refunding the ALMASRIS an additional $5,000 "as

they have endured significant cost and hardship from this situation." Mark E. Nejame's letter is filed and ordered to be docketed in this case.

Mark E. Nejame cannot direct or control the defense of the ALMASRIS. Having been removed from this case due to conflicts of interest, Mark E. Nejame is ORDERED to return all monies to the ALMASRIS which are not yet spent by Mr. Nejame is this case. Further Mr. Nejame is ORDERED to file with this Court an exact accounting of monies which he believes have been spent by him in furtherance of the representation of the ALMASRIS.

This is this Court's second Order in this regard. Failure to comply within 5 days of with this Order may result in sanctions against Mark E. Nejame.

DONE and ORDERED in Chambers at West Palm Beach in the Southern District of Florida, this 5 day of April, 2001.

                                                ANN E. VITUNAC
                                                United States Magistrate Judge

Copies to:

AUSA - Laurence Bardfeld (FTL)

AFPD - Robert Adler (WPB)

Mark E. Nejame, Esq.
Nejame, Harrington, et al.
1 S. Orange Ave., Suite 304
Orlando, FL 32801
(407) 245-1232 - phone
(407) 245-2980 - fax

CASE NO. 00-6211-CR-HURLEY/VITUNAC
UNITED STATES OF AMERICA vs. NADIA ALMASRI and AHMAD ALMASRI

Richard Docobo, Esq.
1571 N.W. 13th Court
Miami, FL 33125
305-326-0330 - phone
305-326-0219 - fax

F. Wesley Blankner, Jr., Esq.
Jaeger & Blankner
217 E. Ivanhoe Blvd., North
Orlando, FL 32804
407-894-0341 - phone
407-898-8248 - fax

Nadia Almasri
925 Fenton Lane, #4
Lakeland, FL 33809

Ahmad Almasri
925 Fenton Lane, #4
Lakeland, FL 33809

Clerk of Court