cda

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

Case No. 00-6211-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NADIA ALMASRI,

    Defendant.

_____/

## MOTION FOR TERMINATION OF APPOINTMENT OF COUNSEL

The Federal Public Defender respectfully moves that her appointment as counsel for the Defendant, Nadia Almasri, be terminated as the Defendant has retained Richard Docobo, Esq., 1571 N.W. 13th Ct., Miami, FL (305)-326-0330, to represent her in this proceeding, and said attorney has filed a written notice of appearance.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Robert E. Adler
Assistant
Federal Public Defender
Attorney for Defendant
Florida Bar No. 259942
400 Australian Avenue, Suite 300
West Palm Beach, FL 33401
TEL:(561) 833-6288/FAX:(561) 833-0368

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered this 9th day of April, to Assistant United States Attorney Laurence Bardfeld, 701 Clematis Street, West Palm Beach, FL 33401.

_____
Robert E. Adler