UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

Case No. 00-6211-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NADIA ALMASRI,

    Defendant.

_____/

### ORDER TERMINATING APPOINTMENT OF COUNSEL

It appearing to the Court that the Defendant, Nadia Almasri, has retained, Richard Docobo, Esq., to represent her in this proceeding, it is accordingly,

ORDERED AND ADJUDGED that the Federal Public Defender's motion for termination of appointment as counsel is **GRANTED** and she is relieved of further duties in this cause.

DONE AND ORDERED this /0 day of March, 2001, at West Palm Beach, Florida.

                                      UNITED STATES MAGISTRATE

cc: Robert E. Adler, AFPD
    Laurence Bardfeld, AUSA
    Richard Docobo, Esq.

