UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)

UNITED STATES OF AMERICA

    Plaintiff,

VS.

THOMAS L. NAROG       (B)
GHANDI JABER          (B)
AHMAD ALMASRI         (B)
NADIA ALMASRI         (B)
RAED NASER ALDIN      (J)
NABIL AQUIL           (B)
NIZAR FNEICHE         (B)
RABAH EL HADDAD       (B)
MOHAMMED SAMHAN       (B)
    Defts'. required)
(Arabic Interp. Ord'd)
    Defendants.

## NOTICE OF HEARING

TYPE OF CASE:

( ) **CIVIL**          (XX) **CRIMINAL**

(XX) TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: | ROOM NO.: |
|---|---|
| UNITED STATES COURTHOUSE<br>701 CLEMATIS STREET<br>WEST PALM BEACH, FL. 33401 | COURTROOM #3    (4TH FLOOR)<br>DATE AND TIME:<br>**THURSDAY, 9-13-01 @ 11:00 AM** |

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

( ) TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE: | DATE/TIME PREVIOUSLY SCHEDULED: | CONTINUED TO, DATE AND TIME: |
|---|---|---|
| | | |

ANN E. VITUNAC
U.S. MAGISTRATE JUDGE

DATE: SEPTEMBER 7, 2001

(BY) DEPUTY CLERK

```
USA VS. THOMAS L. NAROG, et al
00-6211-CR-HURLEY/VITUNAC (s)


TO:   FRED HADDAD, ESQUIRE
      JACK GOLDBERGER, ESQUIRE
      FRANCIS W. BLANKNER, SR., ESQUIRE
      RICHARD DOCOBO, ESQUIRE
      CHARLES WHITE, ESQUIRE
      PAUL GOODMAN, ESQUIRE
      TIMOTHY BIASIELLO, ESQUIRE
      JOHN HOWES, ESQUIRE
      RICHARD HAMAR, ESQUIRE
      UNITED STATES ATTORNEY (THOMAS O'MALLEY)
      UNITED STATES MARSHAL
      UNITED STATES PRETRIAL SERVICE
```