# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 09/13/2001   TIME: 11:00 AM ~~9:30 AM~~

DEFT. NADIA ALMASRI (B)   CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)
(Arabic Interp. Ord'd)

AUSA. THOMAS O'MALLEY   ATTY. RICHARD DOCOBO (RETAINED)

AGENT. DEA   VIOL. 21:841(a)(1), 846

PROCEEDING STATUS CONFERENCE   BOND. $50,000 PSB

DISPOSITION: Status held
Deft present with counsel
No Interps. available
Possible Plea
No pending motions

DATE: 9-13-01   TAPE: AEV 01-68-240