**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,                    CASE NO.: 00-6211-CR-HURLEY

    Plaintiff,

vs.

NADIA ALMASRI and AHMAD ALMASRI,

    Defendant.

_____/

## MOTION TO ADOPT MOTION FOR CONTINUANCE

COME NOW the defendants, NADIA ALMASRI and AHMAD ALMASRI, by and through their respective attorneys, and respectfully request this Honorable Court for leave to adopt each and every motion for continuance of the October 9th, 2001 trial date, filed on behalf of any co-defendant in this action as the same may relate to the defendants.

WHEREFORE the defendants respectfully ask this Honorable Court to Grant the foregoing Motion to Adopt Motion for Continuance.

Respectfully submitted,
**RICHARD DOCOBO**
1571 Northwest 13th Court
Miami, Florida 33125
Telephone (305) 326-0330
Facsimile (305) 326-0219


RICHARD DOCOBO

FRANCIS BLANKNER, ESQUIRE
217 N.E. Ivanhoe Blvd.
Orlando, Florida 32804
Telephone (407) 894-0341


FRANCIS BLANKNER, ESQUIRE

United States of America v. Nadia Almasri
Case No.: 00-6211-CR-HURLEY/VITUNAC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S.

mail to Thomas O'Malley, A.U.S.A., Office of the United States Attorney, 500 E. Broward Blvd., Suite

700, Ft. Lauderdale, Florida 33301 and all counsel of record on this 28th day of September 2001.

RICHARD DOCOBO

### COUNSEL OF RECORD

Fred Haddad, Esquire
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394

Glenn Seiden, Esquire
33 North Dearborn Street, Suite 1015
Chicago, IL 60602-3104

Richard Hamer, Esquire
2437 Briarcrest Road
Beverly Hills, CA 90210

Randee Golder, Esquire
P.O. Box 3756
Boynton Beach, Florida 33424-3756

Theodore Weeks, IV, Esquire
One Lake Morton Drive, P.O. Box 3
Lakeland, Florida 22802-003

John Howes, Esquire
633 S.E. 3rd Avenue, Suite 4-F, P.O. Box 697
Fort Lauderdale, Florida 33302-0697

Paul Goodman, Esquire
33 North Dearborn Street, Suite 1015
Chicago, IL 60602-3105

Tim Biosello, Esquire
33 North Dearborn Street, Suite 1015
Chicago, IL 60602-3105

Charles White, Esquire
2250 S.W. 3rd Avenue, Suite 150
Miami, Florida 33129