UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

Vs.                              Case No. 00-6211-CR-HURLEY

NADIA ALMASRI,
    Defendant.
_____/

**NOTICE**

FILED by _____ D.C.
JAN 2 3 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • W.P.B.

**PLEASE TAKE NOTICE** that the above-mentioned cause has been set for a Change of Plea on Friday, February 1, 2002 at 2:30 p.m., before the Honorable Daniel T.K. Hurley in Courtroom 5, 3rd Floor, United States Federal Courthouse, West Palm Beach, 701 Clematis Street, West Palm Beach, Florida.

**DONE AND DATED** in West Palm Beach, Florida, this 23rd day of January, 2002.

                                            _____
                                            Troy T. Walker
                                            Deputy Clerk

Copies:
AUSA, Thomas O'Malley
Richard Docobo, Esq