UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY/VITUNAC (s)(s)
18 USC 371

UNITED STATES OF AMERICA

v.

NADIA ALMASRI,

        Defendant.
_____/

### INFORMATION

The United States Attorney charges that:

On or about April 27, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**NADIA ALMASRI,**

did knowingly and intentionally combine, conspire, confederate and agree with other persons, to commit an offense against the United States, that is, to knowingly and willfully make false material statements in a matter within the jurisdiction of the Drug Enforcement Administration, an agency of the executive branch of the Government of the United States, a violation of Title 18, United States Code, Section 1001(a)(2).



## OBJECT

It was the object of the conspiracy for the defendant, Nadia Almasri, and her co-conspirators, to evade detection of illegal activities by making false statements to federal law enforcement officers.

## OVERT ACTS

In furtherance of the conspiracy and to effect the objects thereof, at least one of the following overt acts, among others, was committed in the Southern District of Florida, and elsewhere, by at least one of the conspirators:

1. On or about April 26, 2000, a co-conspirator transported a second co-conspirator to Broward County, Florida.

2. On or about April 27, 2000, a second co-conspirator retrieved from a warehouse in Broward County, Florida, multiple boxes containing approximately 950 pounds of pseudoephedrine, a listed chemical as defined in Title 21, United States Code, Section 802.

3. On or about April 27, 2000, a second co-conspirator delivered a portion of the boxes containing pseudoephedrine to the defendant's residence in Lakeland, Florida.

4. On or about April 27, 2000, law enforcement agents observed the defendant moving some of the delivered boxes from her residence to a motor vehicle.

5. On or about April 27, 2000, the defendant did knowingly and willfully make a materially false, fictitious and fraudulent representation to a Special Agent of the Drug Enforcement Administration, in a matter within the jurisdiction of the Drug Enforcement Administration, an agency of the executive branch of the Government of the United States, in that the defendant stated to a Special Agent of the Drug Enforcement Administration that

on or about April 27, 2000, no objects had been brought into her residence or removed therefrom, when in truth and in fact, and as the defendant then and there well knew, objects had been brought into her residence and removed therefrom on or about April 27, 2000.

All in violation of Title 18, United States Code, Section 371.

*Steven R. Petri*

for GUY A. LEWIS
UNITED STATES ATTORNEY

THOMAS A. O'MALLEY
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA     CASE NO.     00-6211-CR-HURLEY/VITUNAC(s)(s)

v.

NADIA AL MASRI                **Superseding Case Information:**

**Court Division:** (Select One)     New Defendant(s)     Yes ___ No ___
                                     Number of New Defendants ___
___ Miami  ___ Key West              Total number of counts ___
_X_ FTL    ___ WPB  ___FTP

### CERTIFICATE OF TRIAL ATTORNEY*

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)  _No_
   List language and/or dialect  _English_
4. This case will take  _0_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days        _X_         Petty       ___
   II   6 to 10 days       ___         Minor       ___
   III  11 to 20 days      ___         Misdem.     ___
   IV   21 to 60 days      ___         Felony      _X_
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No)  _No_
If yes:
Judge: _____   Case No. _____
   (Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) _____
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____ District of _____

Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

/s/ O'Malley

THOMAS A. O'MALLEY
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 310964

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** NADIA ALMASRI

**Case No:** 00-6211-CR-HURLEY/VITUNAC(s)(s)

Count #: I

Conspiracy to make false statements to a Federal Agency; in violation of 18:371

*** Max.Penalty:** 5 years' imprisonment; $250,000 fine

Count #: II


*Max. Penalty:

Count #: III


*Max. Penalty:

Count #: IV


*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.