AO 455(REV. 5/85) Waiver of Indictment

# United States District Court

FILED by ___ D.C.
FEB - 1 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

___SOUTHERN___ DISTRICT OF ___FLORIDA___

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| NADIA ALMASRI | CASE NUMBER: 00-6211-CR-HURLEY/VITUNAC(s)(s) |

I, Nadia Almasri, the above named defendant, who is accused of conspiracy to make false statements to a Federal Agency in violation of Title 18, United States Code, Section 371, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on **February 1, 2002** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
NADIA ALMASARI
Defendant

_____
RICHARD DOCOBO
Counsel for Defendant

Before _____ 2/1/02
DANIEL T.K. HURLEY
United States District Judge