# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY



================================================

Case No. _00-6211-CR_  Date _February 1, 2002_

Courtroom Deputy: James E. Caldwell    Court reporter: Pauline Stipes

Language Spoken: _____    Defendant's Status: (Pretrial Detained / Bond)

UNITED STATES OF AMERICA v. _Ahmad Almasri, and Nadia Almasri_

AUSA: _Thomas O'Malley_    DEFENSE COUNSEL: _Francis W. Blankner, SR.; Richard Dorobo_

TYPE OF HEARING: _Change of plea from not guilty to guilty as to Count 1 of the Superseding Indictment as to Ahmad Almasri and to the Superseding Information as to Nadia Almasri._

RESULTS OF HEARING: _After an inquiry, the pleas of guilty were accepted._

Misc.: _Sentencing date set for Friday, April 19, 2002, at 2:30 p.m. and 3:30 p.m., respectively._