## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO.: 00-6211-CR-HURLEY

     Plaintiff,

v.

NADIA ALMASRI,

     Defendant.

_____/

### MOTION FOR PERMISSION TO TRAVEL

COMES NOW the defendant, NADIA ALMASRI, by and through her undersigned attorney and respectfully moves this Honorable Court to allow her to travel from October 15, 2002 to December 30, 2002.

AS GROUNDS the defendant states as follows:

1.     The defendant would like to take the opportunity to visit with her ailing mother in Jordan.

2.     The defendant plans to visit for a period of two months, starting on or about October 15, 2002 until December 30, 2002.

3.     The defendant will stay with her father Abed Awad Soaer, at Jordan Amman, Dahett Amear Hussen, telephone number 0119-626-5-683-413.

4.     The defendant is presently on two years probation.

5.     If the defendant is allowed to travel she will report, via telephone, during her 2 month stay out of the Southern District of Florida.

6.     The defendant poses no risk of flight.

7.     Undersigned counsel has made a good faith effort to contact Assistant United States Attorney Thomas O'Malley as to his position on this motion and has been unsuccessful.

WHEREFORE the defendant respectfully requests that the foregoing Motion for Permission to Travel be granted.

Respectfully submitted,

RICHARD DOCOBO
1571 Northwest 13th Court
Miami, Florida 33125
Telephone (305) 326-0330
Facsimile   (305) 326-0219

RICHARD DOCOBO
Florida Bar No.: 357421

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. mail to Thomas O'Malley, A.U.S.A., Office of the United States Attorney, 500 E. Broward Blvd., Suite 700, Ft. Lauderdale, Florida 33394 and Heidi K. Pollter, U.S. Probation Officer, P.O. Box 24927, Lakeland, Florida 33802-4927 on this 7th day of October 2002.

RICHARD DOCOBO