UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,               CASE NO.: 00-6211-CR-HURLEY

    Plaintiff,

v.

NADIA ALMASRI,

    Defendant.
_____/

FILED by _____ D.C.
OCT 21 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER

THIS CAUSE having come on to be heard before the Court upon NADIA ALMASRI'S Motion for Permission to Travel, and after being fully advised in the premises, it is hereby;

ORDERED AND ADJUDGED that the defendant's Motion for Permission to Travel is hereby GRANTED and the defendant shall be allowed to travel to Jordan for the period of October 15, 2002 to December 30, 2002.

IT IS FURTHER ORDERED AND ADJUDGED that the defendant shall report telephonically once a week during her two month stay out of the Southern District of Florida.

DONE AND ORDERED at Miami, Southern District of Florida, on this _18th_ day of October 2002.

                                         DANIEL T.K. HURLEY
                                         UNITED STATES DISTRICT JUDGE

cc:    Thomas O'Malley, A.U.S.A.
        Heidi K. Pollter, U.S. Probation Officer
        Richard Docobo