UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

CASE NO.: 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NADIA ALMASRI

    Defendant.
_____/

## MOTION TO TERMINATE PROBATION, OR, IN THE ALTERNATIVE, MOTION TO MODIFY PROBATION TO NON-REPORTING STATUS

COMES NOW the defendant, NADIA ALMASRI by and through her undersigned attorney, and respectfully moves this Honorable Court to Terminate the defendant's Probation, or, in the alternative, Modify the Conditions of the defendant's Probation to a Non-Reporting status.

AS GROUNDS, the defendant states as follows:

1. On February 1, 2002, the defendant pled guilty before this Honorable Court to a violation of Title 18 USC §371, Conspiracy to make a False Statement to the Drug Enforcement Administration. On April 19, 2002, the defendant was sentenced to a term of two years probation.

2. The requirements of probation include a provision that, "if deported, the defendant shall not re-enter the United States without the express permission of the United States Attorney General." The final judgment then states; "The term of supervision shall be non-reporting if the defendant resides outside the United States. If the defendant should reenter the United States within the term of supervised release, the defendant is to report to the nearest United States Probation Office

- 1 -

within 72 hours of her arrival."[1]

3. Since a special condition of probation states that the term of supervision shall be non-reporting if the defendant resides outside of the United States, it seems reasonable that one could come to the conclusion that the alternative relief that the defendant seeks is self-executing. In other words, if the defendant decides to move out of the country, she is then on non-reporting probation by operation of the final judgment. However, in reading the special conditions of probation in pari materia with the standard conditions of probation, it could be construed that non-reporting probation is fitting only if the defendant is deported.

4. With the foregoing in mind, the defendant seeks an order allowing her to move from the United States to her native country of Jordan. Ideally, Ms Almasri prefers to end her probation and resume her life in Jordan. In the alternative, the defendant requests that the court allow her to move to Jordan and serve her remaining probation in a non-reporting manner.

5. To date, the defendant has complied with all of her conditions of probation.

6. The defendant presently wishes to move back to her native Jordan. The defendant's ties, associations and ability to make a living in the United States have been diminished as a result of her husband's incarceration.

7. The undersigned consulted Assistant United States Attorney Thomas O'Malley and Mr. O'Malley does not object to Ms. Almasri moving to Jordan and being placed on non-reporting probation.

WHEREFORE the defendant respectfully asks this Honorable Court to Grant the foregoing Motion. It is the defendant's first choice to have her probation terminated. However, in the

---

[1] see Special Conditions of Probation at page 3 of 5 of Judgment in a Criminal Case. # 581

<u>United States of America v. Nadia Almasri</u>
Case No.: 00-6211-CR-HURLEY

alternative, the defendant asks this court to allow her to reside in Jordan and to place her on non-reporting probation.

Respectfully submitted,
**RICHARD DOCOBO**
Brickell Bayview Centre
80 S.W. 8th Street, Suite 2803
Miami, Florida 33130
Telephone (305) 423-6868
Facsimile (305) 536-6179

_____
RICHARD DOCOBO
Florida Bar No. 357421

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and exact copy of the foregoing was furnished via U.S. Mail to Thomas O'Malley, Assistant United States Attorney, Office of the United States Attorney, 500 Australian Ave., Suite 400, West Palm Beach, Florida 34990; U.S. Probation Office, West Palm Beach Division, 501 S. Flagler Drive, Suite 400, West Palm Beach, Florida 33401 and to the U.S. Probation Office, Post Office Box 24927, 124 S. Tennessee Avenue, Room 150, Lakeland, Florida 33802-4927 on this 9th day of July 2003.

_____
RICHARD DOCOBO

-3-