UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

NADIA ALMASRI,
    Defendant.
_____/

FILED by ___ D.C.
JUL 1 6 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER REQUIRING RESPONSE

THIS MATTER come before the court upon defendant's motion to terminate probation, or in the alternative, motion to modify probation to non-reporting status, filed July 15, 2003. Upon review, it is

**ORDERED** and **ADJUDGED**:

Counsel representing the plaintiff, United States of America, and the United States Probation Office shall file, within ten (10) days from the date of this order, a response to defendant's motion.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ___16___ day of July, 2003.

_____
Daniel T. K. Hurley
United States District Judge

**copy furnished:**
United States Attorney's Office
United States Probation Office