UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

NADIA ALMASRI,
    Defendant.
_____/

FILED by _____ D.C.
AUG 28 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER GRANTING MOTION TO MODIFY THE TERMS OF PROBATION

THIS CAUSE come before the court upon motion from counsel representing the above named defendant for early termination of probation or in the alternative, motion to modify probation to non-reporting status. Upon review of the motion together with the response provided by the United States Probation Office, it is

**ORDERED** and **ADJUDGED** that:

1. The motion to modify the terms of probation is **granted**.

2. The defendant's probation is modified to non-reporting status.

DONE and SIGNED in Chambers at West Palm Beach, Florida this __27__ day of August, 2003.

**copy furnished:**
AUSA Thomas O'Malley
Richard Docobo, Esq.
United States Probation Office

Daniel T. K. Hurley
United States District Judge