WE WERE UNABLE TO SEND THIS NOTICE TO YOU BY FAX.

It is being mailed to you due to technical problems.
We will continue to attempt to fax all subsequent notices.
Please check your fax machine or perhaps we have an incorrect fax number?

>>> NOTE: If you are no longer an attorney on this case, please disregard this notice.

```
Timothy Biasiello
Suite 1015
33 North Dearborn Street
Chicago, IL  60602 - 3105
```

0:00-cr-06211 #733 - Hurley
2 page(s).
12/10/2004

To verify we have your correct fax information, call our E-NOTICING help line at (305) 523-5212. Please have your bar id number available when you call.

NOTICE: Only certain Judges are E-NOTICING, so you must continue to provide envelopes for cases before non-participating Judges. Call the help line above for the list of participating judges.

NOTICE: Be sure to promptly notify the Clerk of Court in writing of any changes to your name, address, firm, or fax number. A notification should be sent for each of your active cases.

Control #: CV-fax_40D-9212

MAIL RETURNED
AS UNDELIVERABLE


